RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Victor Abraham Ruiz James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00275-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| VICTOR ABRAHAM RUIZ JAMES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Victor Abraham Ruiz James, that the Revocation Hearing currently scheduled on July 8, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel has spoken to the government regarding a potential resolution.

2.    However, more time is needed for defense counsel to speak with the defendant and to finalize the potential resolution.

3.    The defendant is in custody and agrees with the need for the continuance.

4.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of July, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By /s/ Dawn A. Penn
DAWN A. PENN
Assistant Federal Public Defender

By /s/ Tina Snellings
TINA SNELLINGS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00275-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| VICTOR ABRAHAM RUIZ JAMES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 8, 2026 at 10:00 a.m., be vacated and continued to  July 28, 2026  at the hour of 11:00 a.m.

DATED this  6  day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3