# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR ABRAHAM RUIZ JAMES,

Defendant.

Case No. 2:25-cr-00275-GMN-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 28, 2026 at 11:00 a.m., be vacated and continued to __August 12, 2026__ at the hour of 10:30 a.m.

DATED this __9__ day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE